IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEA WILLIAMS and<br>NICHOLAS WILLIAMS,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>JOHN GILGALLON, et al.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: 3:13-CV-02945<br>: (JUDGE MARIANI)<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 17TH DAY OF MAY, 2016**, upon consideration of Defendant Argenta and the Borough of Olyphant's Motion for Summary Judgment (Doc. 70), **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion (Doc. 70) is **GRANTED IN PART** and **DENIED IN PART**, to wit:

    a. With respect to Plaintiffs' § 1983 claims against Defendant Argenta (Counts I and II),[1] the Defendants' Motion is **DENIED**.

    b. With respect to Plaintiffs' § 1983 claims against the Borough of Olyphant (Counts VII and VIII), Defendants' Motion is **GRANTED**.

    c. With respect to Chelsea Williams's claim for Abuse of Process in Count IX of the Second Amended Complaint (Doc. 54), Defendants' Motion is **DENIED AS MOOT**.

---

[1] All references to "Counts" are to the claims set forth in the Third Amended Complaint (Doc. 95) unless otherwise specified.

    d. With respect to Chelsea Williams's claim for Intentional Infliction of Emotional Distress (Count X), the Defendants' Motion is **GRANTED** as to Defendant Argenta and **DENIED AS MOOT** as to the Borough of Olyphant.

    e. With respect to the Plaintiffs' state law claims for assault and battery (Counts XI and XII), the Defendants' Motion is **DENIED**.

    f. With respect to the Plaintiffs' state law claims for loss of consortium (Counts XIII and XIV), the Defendants' Motion is **GRANTED** as to the Borough of Olyphant and **DENIED** as to Defendant Argenta.

2. The following claims remain pending against Defendant Argenta: Count I, Count II, Count IX, Count XI, Count XII, Count XIII, and Count XIV.

3. Judgment is **HEREBY ENTERED** in favor of the Borough of Olyphant.

4. A telephone scheduling conference **SHALL BE CONDUCTED** on **Tuesday, May 31, 2016 at 2:00 p.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiff is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

/Robert D. Mariani
United States District Judge